# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ADOLFO BUSTAMANTE,<br><br>Petitioner,<br><br>v.<br><br>LIZARRAGA, Warden,<br><br>Respondent. | Case No. ED CV 15-614 RSWL (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 01-08-16         s/ RONALD S.W. LEW
                       HON. RONALD S.W. LEW
                       SENIOR UNITED STATES DISTRICT JUDGE